No. 85–6226.  GOLDSTON *v.* ARIZONA ET AL.  C. A. 9th Cir. Certiorari denied.

No. 85–6235.  WARDY *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 85–6244.  JONES *v.* DEROBERTIS, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 85–6248.  STEPHENS *v.* MONTANA.  C. A. 9th Cir.  Certiorari denied.

No. 85–6262.  D'ARCO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 85–6295.  WARD *v.* BLEVINS, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 85–6300.  AROCENA *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 85–6309.  HUBBLE *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 85–539.  LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. *v.* ENOCH ET AL.  C. A. 7th Cir.  Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

JUSTICE WHITE, with whom THE CHIEF JUSTICE and JUSTICE REHNQUIST join, dissenting.

For the reasons I have twice before stated, *Smith* v. *Jago*, 470 U. S. 1060 (1985) (dissenting), *Taliaferro* v. *Maryland*, 461 U. S. 948 (1983) (dissenting), I dissent from the Court's refusal to resolve the important question, which has divided the lower courts, of when, if ever, a State may exclude a defense witness on account of a criminal defendant's failure to comply with a discovery rule.